1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Christy R. Thompson
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                           **WESTERN DIVISION**
9

10

11 | CHRISTY R. THOMPSON,              ) Case No.: 2:13-cv-09492-MAN
                                       )
12 |                                   ) ~~[PROPOSED]~~ ORDER OF
                Plaintiff,             ) DISMISSAL
13 |                                   )
         vs.                           )
14 |                                   )
                                       )
15 | CAROLYN W. COLVIN, Acting         )
   Commissioner of Social Security,    )
16 |                                   )
                                       )
17 |         Defendant.                )

18

19     Pursuant to the parties' stipulation filed on July 9, 2014 [Docket No. 14], the

20  above captioned matter is dismissed with prejudice, each party to bear her own

21  fees, costs, and expenses.

22       IT IS SO ORDERED.

23
                                   *Margaret A. Nagle*
24  DATE: July 9, 2014
                          _____
25                              MARGARET A. NAGLE
                          UNITED STATES MAGISTRATE JUDGE
26

-1-